# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 582 MAL 2014

Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.

ANTONIO FLORES-FELICIANO,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.